File Hashes for IP Address 24.14.81.195

**ISP:** Comcast Cable
**Physical Location:** **Aurora, IL**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/30/2013 02:29:39 | 1679632E5066C03128EAE0DADB529E96AC76974B | **Make me Feel Beautiful** |
| 07/12/2013 03:06:01 | 161ED20430549D5FF5A910C478FCC66771A04878 | **Dark Desires** |
| 07/07/2013 23:03:37 | BFFA463E61447F200B096D9E7120FDDB1F858CC0 | **Going Strong** |
| 07/07/2013 22:18:17 | 4F8BC52BECA98C5E22F7D4EDC1FCA2FC8D06461B | **Newlyweds** |
| 06/30/2013 19:50:20 | C16CEAC38E0C09CC468B3FBA9ADAAA34B76D6FE4 | **Oh Mia** |
| 06/30/2013 19:06:03 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | **Model Couple** |
| 06/30/2013 18:07:45 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | **Elle Hearts Girls** |
| 06/30/2013 16:08:19 | 4779E1C31FE3103B9A53A979781B95A916DD4B31 | **Together at Last** |
| 06/25/2013 03:00:34 | F760C8166826B6712709293677420E59898125CE | **What a Girl Wants Part #2** |
| 06/25/2013 02:02:40 | C1520325A50BD20A91101195F50C46194B34C243 | **Girls Who Like Girls** |
| 06/25/2013 01:00:00 | C4B245CF35C6D0BCD190686611C618AC2FC2B4B8 | **Ready or Not** |
| 06/25/2013 00:38:09 | F92D320B3D153EB848CD9C470477E1C3F5C2281B | **Good Morning Baby** |
| 06/25/2013 00:32:35 | 4C942F502D806862ADB69D416BD7CE748A74E9E0 | **Bad Girls** |
| 06/09/2013 18:14:51 | B59D22B833909475F79442519FF8FBB47C435D3E | **Jumping on the Bed** |
| 05/29/2013 03:19:31 | 3EB13BD996192F2EC399931FF47FAA0FE69284C1 | **Featherlight** |
| 05/29/2013 02:33:11 | 49D672167AF7DCA301F3C474AFD2EF5BCCA4577F | **Old Enough to Know Better** |
| 05/29/2013 02:05:48 | AAF3399B22D5CCA5A13D65C2B62BE2838BCEBC2C | **Simply Stunning** |
| 05/28/2013 02:04:36 | 8A9916DF81F0E99C2067407F27B6149D869A42F3 | **Sapphic Waltz** |
| 05/28/2013 01:04:00 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | **Red Satin** |
| 05/28/2013 00:47:18 | AB7FAE695EDA254334B4971097C149D3F60A9C21 | **Pretty Babies** |
| 05/27/2013 20:52:20 | 068A5AF4BA8F4206CC4480030A3E69DC1038F6EA | **The Young and the Restless** |

EXHIBIT A

NIL112

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/27/2013 20:35:41 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | **Fashion Models** |
| 05/27/2013 17:49:07 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | **Happy Birthday Capri** |
| 05/27/2013 16:03:56 | 9C94A448C8E86FEEBA63D91998500F23F2E01C89 | **Snow White and the Prince** |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

NIL112