**Copyrights-In-Suit for IP Address 24.14.81.195**

**ISP:** Comcast Cable
**Location:** **Aurora, IL**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **Bad Girls** | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/25/2013 |
| **Dark Desires** | PENDING | 07/10/2013 | 07/20/2013 | 07/12/2013 |
| **Elle Hearts Girls** | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/30/2013 |
| **Fashion Models** | PA0001838599 | 04/19/2013 | 04/28/2013 | 05/27/2013 |
| **Featherlight** | PA0001834618 | 04/02/2013 | 04/12/2013 | 05/29/2013 |
| **Girls Who Like Girls** | PENDING | 06/20/2013 | 06/27/2013 | 06/25/2013 |
| **Going Strong** | PENDING | 07/06/2013 | 07/12/2013 | 07/07/2013 |
| **Good Morning Baby** | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/25/2013 |
| **Happy Birthday Capri** | PA0001846087 | 05/24/2013 | 06/17/2013 | 05/27/2013 |
| **Jumping on the Bed** | PA0001833298 | 03/12/2013 | 04/01/2013 | 06/09/2013 |
| **Make me Feel Beautiful** | PENDING | 07/25/2013 | 08/01/2013 | 07/30/2013 |
| **Model Couple** | PENDING | 06/22/2013 | 06/27/2013 | 06/30/2013 |
| **Newlyweds** | PENDING | 07/04/2013 | 07/12/2013 | 07/07/2013 |
| **Oh Mia** | PENDING | 06/28/2013 | 07/05/2013 | 06/30/2013 |
| **Old Enough to Know Better** | PA0001838597 | 04/15/2013 | 04/28/2013 | 05/29/2013 |
| **Pretty Babies** | PA0001835953 | 04/05/2013 | 04/29/2013 | 05/28/2013 |
| **Ready or Not** | PENDING | 06/18/2013 | 06/27/2013 | 06/25/2013 |
| **Red Satin** | PA0001828892 | 03/06/2013 | 03/12/2013 | 05/28/2013 |
| **Sapphic Waltz** | PA0001843110 | 05/07/2013 | 05/14/2013 | 05/28/2013 |
| **Simply Stunning** | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/29/2013 |
| **Snow White and the Prince** | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/27/2013 |
| **The Young and the Restless** | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/27/2013 |
| **Together at Last** | PA0001846096 | 05/18/2013 | 06/16/2013 | 06/30/2013 |
| **What a Girl Wants Part #2** | PA0001847660 | 06/15/2013 | 07/09/2013 | 06/25/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 24**

EXHIBIT B

NIL112