## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned to IP Address 24.14.81.195, <br><br> Defendant. | Case No. 1:13-cv-06312 <br><br> The Hon. Thomas M. Durkin |

### NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Wednesday November 6, 2013, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear **telephonically** before the Honorable Thomas M. Durkin, or any judge sitting in his stead, in Courtroom 1725 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: Unopposed Motion for Leave to Proceed Anonymously.

Respectfully submitted,

/s/Jonathan LA Philips
Jonathan LA Phillips
*Pending pro hac vice admission*
One of Doe's Attorneys
456 Fulton St.
Ste. 255
Peoria, IL 61602
309.494.6155
jphillips@skplawyers.com
ARDC No. 6302752

**Certificate of Service**

I certify that on October 28, 2013 a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

/s/ Jonathan LA Phillips