**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned to IP Address 24.14.81.195,<br><br>Defendant. | Case No. 1:13-cv-06312<br><br>The Hon. Thomas M. Durkin |
| **PROPOSED<br>DISCOVERY PLAN** | |

Now come the parties, DOE 24.14.81.195, Defendant, and MALIBU MEDIA, LLC, Plaintiff, who submit this proposed discovery plan pursuant to this Court's Order of October 25, 2013.

I. Types of Discovery Needed

    a. Plaintiff

Not provided.

    b. Defendant

Doe expects that written interrogatories and requests to produce will provide the backbone of discovery needed to defend his/herself in this matter. Defendant may engage the services of one or two expert witnesses and expects them to be deposed by Malibu. Defendant has not yet ascertained whether it will depose any experts that may be put on by Plaintiff.

II. Pre-trial Disclosures

Insofar as Fed. R. Civ. P. 26(a)(1) disclosures have not already been made, the same shall be disclosed as follows by November 30, 2013

III. Written Discovery

Exhibit A

All written discovery shall be served upon the opposing party within sixty days of this order, unless otherwise excepted by this court,

    IV.  Expert Discovery

Both parties expect to make use of expert witnesses in this matter. The name, address, and vita, as well as the report required by Fed. R. Civ. P. 26(a)(2) of any expert witness shall be disclosed by Plaintiff forty-five days after the close of written discovery. Defendant shall disclose the name, address, and vita, as well as the report required by Fed. R. Civ. P. 26(a)(2) of any expert witness shall be disclosed by Defendant forty-five days after the disclosure of the same by Plaintiff.

If a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party, such expert disclosures must be served on opposing counsel no later than 45 days prior to the dispositive motion deadline, as set, or to be set. If such expert disclosures are filed, the parties shall confer within 21 days to stipulate to responsive disclosures and completion of expert discovery necessary for the efficient resolution of the anticipated motion for summary judgment. The parties shall be required to make good faith efforts, including personal consultations, to avoid requesting enlargements of any dispositive motion deadlines. Any and all proposed modifications of any deadlines must be approved by the court.

    V.  Electronically stored information

The parties shall provide all electronically stored information in its native format, all meta-data preserved and included, as well as, when possible and practicable, in the form of .pdf and/or .xls versions of the files.

Exhibit A