

Jonathan Phillips <jphillips@skplawyers.com>

---

## N.D.Ill 13-cv-6312 | Discovery Dispute | Telephone Call
1 message

---

**Jonathan Phillips** <jphillips@skplawyers.com>  Fri, Jan 3, 2014 at 1:45 PM
To: Mary Schulz <schulzlaw@me.com>

Ms. Schulz:

Please note I provide times that I intend to call you to resolve our discovery dispute due to my inability to reach you in this matter in the past. (See, e.g. non-response to email of 10/24/13; email of 11/5/13 noting that I called multiple times to secure compliance with court orders; and your email of 11/13/13 admitting to failures to respond). I will try once again on Monday, January 6, 2014 at approximately 1:30 PM to contact you. If you are for some reason unavailable then, please advise as to when is a good time to speak to you to resolve this discovery dispute.

Again, due to the past issues in contacting you, if you do not take my call, do not let me know you are unavailable and schedule a new time, or call me prior to the time above, I must assume that you are not willing to speak to me in a timely manner to resolve the discovery disputes outlined in my January 2, 2014 letter.

Again, this is an attempt to resolve a discovery dispute, along with my telephone calls. The issues are outlined in my letter of 1/2/14.

Sincerely,
Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
309-494-6155
309-494-6156 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.