

Jonathan Phillips <jphillips@skplawyers.com>

# Malibu v. Doe 13 cv 6312
2 messages

---

**Jonathan Phillips** <jphillips@skplawyers.com>   Mon, Jan 6, 2014 at 1:34 PM
To: Mary Schulz <schulzlaw@me.com>

Ms. Schulz:

Please accept this email as a written communication attempting to resolve a discovery dispute. As you know, I tried calling you on Friday, and followed up with an email. As I noted in that email, I tried calling you again, today, at 1:30 PM to, again, attempt to resolve the discovery dispute. You in no manner let me know whether or not you'd be available.

In the event that you did not take my call due to the severe weather, despite knowing about it coming for some time and not telling me that you were unavailable as I requested, I will attempt a final phone call tomorrow between 9 and 10 am.

Again the matters I wish to speak about are outlined in my letter to you of January 2, 2014.

Regards,
Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
309-494-6155
309-494-6156 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

---

**Jonathan Phillips** <jphillips@skplawyers.com>   Mon, Jan 6, 2014 at 2:30 PM
To: Mary Schulz <schulzlaw@me.com>

Ms. Schulz:

Please take notice that I will note your availability to discuss our discovery dispute. You are currently sending out discovery, indicating that we could have attempted to resolve our dispute as to your client's woefully inadequate responses.

Regards,

Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
309-494-6155

309-494-6156 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

[Quoted text hidden]