Exhibit D



Jonathan Phillips <jphillips@skplawyers.com>

---

# Discovery Dispute | Malibu v. Doe

1 message

---

**Jonathan Phillips** <jphillips@skplawyers.com>                    Tue, Jan 7, 2014 at 10:20 AM
To: Mary Schulz <schulzlaw@me.com>

Ms. Schulz,

I missed my 9 - 10 calling window by a few minutes, but I tried calling and the phone just rang and rang.  It didn't go to your voice mail as per usual.  I'm not sure what the issue was there, but I invite you to call me back, as always.

Sincerely,
Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
309-494-6155
309-494-6156 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.