## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                         Case No.: 1:13–cv–06312
                                                  Honorable Geraldine Soat Brown

John Doe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: At the hearing on Defendant's Motion to Compel [24] and Defendant's Motion to Bar [27] set for 1/22/14 at 2:00 p.m., Defendant's counsel shall provide the Court copies of the defendant's interrogatories and document requests, as well as the parties' Rule 26(a)(1) disclosures. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.