# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                       Case No.: 1:13–cv–06312
                                             Honorable Geraldine Soat Brown

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Before the court is Plaintiff's Motion for Extension of Time [32], which was filed on 2/5/14 and noticed for presentment on 2/7/14. That is not sufficient notice under this court's motion procedures, and a motion to extend time that is filed on the date for compliance is disfavored. See Fed. R.Civ. P. 6(b). However, defendant has filed a response to the motion indicating some aspects of the motion are unopposed. The motion is granted as follows: The time in which Plaintiff must comply with this Court's order of 1/22/14 is extended from 2/5/14 to 2/12/14, except as to the supplemental response to Interrogatory 1 and Interrogatory 3. The motion expresses no reason why those interrogatory answers cannot be served as required. Defendant shall have until 3/5/14 to file a reply in support of his Motion to Bar [27] and any opposition to Plaintiff's anticipated motion for protective order. Motion hearing previously set for 2/7/14 at 9:45 a.m. is hereby stricken and no appearance shall be necessary. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.