Create account & Log in

Article | Talk | Read | Edit | Search

# Packet analyzer

From Wikipedia, the free encyclopedia

 This article **needs additional citations for** verification. Please help improve this article by adding citations to reliable sources. Unsourced material may be challenged and removed. *(March 2013)*

A **packet analyzer** (also known as a **network analyzer**, **protocol analyzer** or **packet sniffer**, or for particular types of networks, an **Ethernet sniffer** or **wireless sniffer**) is a computer program or a piece of computer hardware that can intercept and log traffic passing over a digital network or part of a network.[1] As data streams flow across the network, the sniffer captures each packet and, if needed, decodes the packet's raw data, showing the values of various fields in the packet, and analyzes its content according to the appropriate RFC or other specifications.

**Packet capture** is the process of intercepting and logging traffic.

**Contents** [hide]
1 Capabilities
2 Uses
3 Notable packet analyzers
4 See also
5 References
6 External links

## Capabilities [edit]

On wired broadcast LANs, depending on the network structure (hub or switch), one can capture traffic on all or just parts of the network from a single machine within the network; however, there are some methods to avoid traffic narrowing by switches to gain access to traffic from other systems on the network (e.g., ARP spoofing). For network monitoring purposes, it may also be desirable to monitor all data packets in a LAN by using a network switch with a so-called *monitoring port*, whose purpose is to mirror all packets passing through all ports of the switch when systems (computers) are connected to a switch port. To use a network tap is an even more reliable solution than to use a monitoring port, since taps are less likely to drop packets during high traffic load.

On wireless LANs, one can capture traffic on a particular channel, or on several channels when using multiple adapters.

On wired broadcast and wireless LANs, to capture traffic other than unicast traffic sent to the machine running the sniffer software, multicast traffic sent to a multicast group to which that machine is listening, and broadcast traffic, the network adapter being used to capture the traffic must be put into promiscuous mode; some sniffers support this, others do not. On wireless LANs, even if the adapter is in promiscuous mode, packets not for the service set for which the adapter is configured will usually be ignored. To see those packets, the adapter must be in monitor mode.[*citation needed*]

When traffic is captured, either the entire contents of packets can be recorded, or the headers can be recorded without recording the total content of the packet. This can reduce storage requirements, and avoid legal problems, but yet have enough data to reveal the essential information required for problem diagnosis.

The captured information is decoded from raw digital form into a human-readable format that permits users of the protocol analyzer to easily review the exchanged information. Protocol analyzers vary in their abilities to display data in multiple views, automatically detect errors, determine the root causes of errors, generate timing diagrams, reconstruct TCP and UDP data streams, etc.[*citation needed*]

Some protocol analyzers can also generate traffic and thus act as the reference device; these can act as protocol testers. Such testers generate protocol-correct traffic for functional testing, and may also have the ability to deliberately introduce errors to test for the DUT's ability to deal with error conditions.[*citation needed*]

Protocol Analyzers can also be hardware-based, either in probe format or, as is increasingly more common, combined with a disk array. These devices record packets (or a slice of the packet) to a disk array. This allows historical forensic analysis of packets without the users having to recreate any fault.[*citation needed*]

## Uses [edit]

The versatility of packet sniffers means they can be used to:[*citation needed*]

- Analyze network problems
- Detect network intrusion attempts
- Detect network misuse by internal and external users
- Documenting regulatory compliance through logging all perimeter and endpoint traffic
- Gain information for effecting a network intrusion
- Isolate exploited systems
- Monitor WAN bandwidth utilization
- Monitor network usage (including internal and external users and systems)
- Monitor data-in-motion
- Monitor WAN and endpoint security status
- Gather and report network statistics



**EXHIBIT F**



- F ter suspect content from network traff c
- Serve as pr mary data source for day-to-day network mon tor ng and management
- Spy on other network users and co ect sens t ve nformat on such as og n deta s or users cook es (depend ng on any content encrypt on methods that may be n use)
- Reverse eng neer propr etary protoco s used over the network
- Debug c ent/server commun cat ons
- Debug network protoco mp ementat ons
- Ver fy adds, moves and changes
- Ver fy nterna contro system effect veness (f rewa s, access contro , Web f ter, spam f ter, proxy)

Packet capture can be used to fu f a warrant from a aw enforcement agency (LEA) to produce a network traff c generated by an nd v dua . Internet serv ce prov ders and VoIP prov ders n the Un ted States must comp y w th CALEA (Commun cat ons Ass stance for Law Enforcement Act) regu at ons. Us ng packet capture and storage, te ecommun cat ons carr ers can prov de the ega y requ red secure and separate access to targeted network traff c and are ab e to use the same dev ce for nterna secur ty purposes. Co ect on of data from a carr er system w thout a warrant s ega due to aws about ntercept on.

## Notable packet analyzers [ed t]

*For a more comprehensive list see Comparison of packet analyzers*

- Capsa Network Ana yzer
- Ca n and Abe
- Carn vore (FBI)
- dSn ff
- ettercap
- F dd er
- Lanmeter
- M crosoft Network Mon tor
- NarusIns ght
- NetScout Systems nGen us Inf n stream
- ngrep, Network Grep
- Omn Peek
- SkyGrabber
- snoop
- tcpdump
- W reshark (former y known as Etherea )
- Xp co Open source Network Forens c Ana ys s Too

## See also [ed t]

- Bus ana yzer
- Log c ana yzer
- Network detector
- Network ntrus on detect on system
- Network tap
- Packet generat on mode
- pcap
- S gna s nte gence

## References [ed t]

1. ^ Kev n J Connolly (2003) *Law of Internet Security and Privacy* Aspen Pub shers p 131 SBN 978 0 7355 4273 0

## External links [ed t]

- Protoco Ana yzers on the Open D rectory Project
- ow-to Packet Sn ff
- The Mak ng of a Profess ona cTrace Packet Ana yzer (You must f a "Down oad request form" to access th s document)
- Packet Sn ff ng FAQ by Robert Graham
- A Qu ck Intro to Sn ffers
- Mu t -Tap Network Packet Capture
- M crosoft Message Ana yzer


Wikimedia Commons has media related to *Computer data network analyzers*


Wikiversity has learning materials about *Packet analyzer*

Categor es: Network ana yzers | Packets ( nformat on techno ogy) | W re ess network ng | Computer network secur ty | Deep packet capture

This page w as last modified on 1 February 2014 at 04 21
Text is available under the Creative Commons Attribution ShareAlike License additional terms may apply By using this site you agree to the Terms of Use and Privacy Policy
Wikipedia® is a registered trademark of the Wikimedia Foundation nc a non profit organization

conver ed by Web2PD Conver com

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Developers   Mobile view

 

converted by Web2PDFConvert.com