**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC
                            Plaintiff,

v.                                              Case No.: 1:13–cv–06312
                                                 Honorable Geraldine Soat Brown

John Doe
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 13, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Plaintiff's Motion for Leave to File Its Motion for Entry of a Protective Order Under Seal [38] is granted. Motion hearing previously set for 2/19/14 at 9:45 a.m. is hereby stricken and no appearance is necessary. Plaintiff shall provide the Court with a bound and tabbed courtesy copy of its Motion for Protective Order by 5 p.m. on 2/13/14. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.