**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned to IP Address 24.14.81.195,<br><br>Defendant. | Case No. 1:13-cv-06312<br><br>The Hon. Geraldine S. Brown |

**SUPPLEMENT TO:
MOTION FOR AN ORDER REQUIRING MALIBU MEDIA, LLC TO
SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT (ECF Doc. 36)**

JOHN DOE subscriber assigned to IP Address 24.14.81.195 ("Doe"), by and through counsel, Jonathan LA Phillips, moves this Court to Order Malibu Media, LLC ("Malibu") supplements his Motion for an Order Requiring Malibu Media, LLC to Show Cause Why It Should Not Be Held In Contempt (ECF Doc. 36). The supplement is limited to the following factual averments:

1. On Monday, February 18, 2014, Counsel for Doe received certain PCAP and other files on a thumb drive from Counsel for Malibu Media, LLC.

2. This thumb drive only contains the following file types ".pdf," ".pcap," ".tar,"[1] and ".torrent."

3. This thumb drive did not contain any documents responsive to Request to Produce 5, which requested "A copy of the software used by IPP, Ltd. to investigate Doe." (ECF Doc. 24-6).

4. With respect to this request, this Court Ordered ) "The motion is granted as to Document Request No. 5. The responsive information shall be held confidential "attorneys' eyes only" by the defendant's counsel, and if filed on the Court's docket, shall be done so pursuant to Local Rule 26.2." (ECF Doc. 31). Subject to the unopposed extension of

---

[1] This file type archives certain video files, the films at issue in this case.

1

time, the copy of the software was to be provided by February 12, 2014. (ECF Doc. 35).

>Respectfully submitted,
>
>/s/Jonathan LA Philips
>Jonathan LA Phillips
>One of Doe's Attorneys
>456 Fulton St.
>Ste. 255
>Peoria, IL 61602
>309.494.6155
>jphillips@skplawyers.com
>ARDC No. 6302752

Certificate of Service

I certify that on February 19, 2014 a copy of the foregoing was electronically mailed to all counsel of record at their email addresses as disclosed on the pleadings.

>/s/ Jonathan LA Phillips