# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                       Case No.: 1:13–cv–06312
                                              Honorable Geraldine Soat Brown

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. Defendant's Motion for Order to Show Cause [36] is granted. The Court finds that Plaintiff's Second Amended Responses to Defendant's First Set of Interrogatories failed to comply with the order entered January 22, 2014 [31] granting in part Defendant's motion to compel. Plaintiff is ordered to file by 3/14/14 a memorandum stating any argument it may have why the sanctions prescribed by Fed. R. Civ. P. 37(b)(2)(A) and (C) for failure to comply with a court order should not be imposed. Plaintiff shall also address the defendant's supplement to his motion [43]. That supplement shall be filed in the record. Defendant may file a reply by 3/21/14. Notices mailed by Judicial staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.