IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Case No. 13-cv-6312 |
| | ) | |
| JOHN DOE | ) | |
| | ) | The Hon. Geraldine S. Brown |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To:

Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602

Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134

PLEASE TAKE NOTICE that on March 21, 2014, at 9:45 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Geraldine S. Brown, or any judge sitting in her stead, in Courtroom 1812 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall present the following motion previously served upon you: EXCIPIO'S MOTION TO INTERVENE TO SEEK THE ENTRY OF A PROTECTIVE ORDER TO SAFEGUARD ITS SOURCE CODE.

.

1

| | |
|---|---|
| DATED: March 14, 2014 | Respectfully Submitted, |
| | /s/Keith A. Vogt |
| | Keith Vogt, Partner |
| | (IL Bar. No 6207971) |
| | Masaru Takiguchi, Partner |
| | TAKIGUCH & VOGT, LLP |
| | 1415 West 22nd Street, Tower Floor |
| | Oakbrook, IL 60523 |
| | Telephone (630) 974-5707 |
| | Facsimile (630) 423-9558 |
| | ATTORNEYS FOR EXCIPIO GMHB |

**Certificate of Service**

I certify that on March 14, 2014 a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

/s/ Keith A. Vogt