# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                     Plaintiff,

v.                                     Case No.: 1:13–cv–06312

                                      Honorable Geraldine Soat Brown

John Doe

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2014:

       MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held. Motion hearing held. Intervenor Excipio GmbH's Motion to Intervene and for Protective Order [46] is entered and continued to 4/7/14. Counsel for the parties who are discussing a proposed protective order shall include counsel for proposed Intervenor Excipio GmbH in the discussion in order to craft a universal protective order. No later than 3/27/14, the parties shall file a motion for protective order, and submit either a proposed agreed order or alternative versions of a protective order to this Court's Proposed Order Email. An in–court hearing on the motion for protective order is set for 4/7/14 at 2:00 p.m. Continued status hearing is set for 4/22/14 at 2:00 p.m., at which time the parties shall be prepared to propose a date for completion of fact discovery. The seal is lifted on Defendant's Supplement to Motion for an Order Requiring Malibu Media, LLC to Show Cause Why It Should Not Be Held In Contempt [43], and that document shall be entered into the public record. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.