**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC

                        Plaintiff,

v.                                                  Case No.: 1:13–cv–06312
                                                              Honorable Geraldine Soat Brown

John Doe

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Intervenor Excipio GmbH's Motion to Intervene and for Protective Order [46] and Plaintiff's Renewed Joint Motion for Protective Order [57] are taken under advisement. The Court will issue a ruling by mail. Motion hearing previously set for 4/7/14 at 2:00 p.m. is hereby stricken and no appearance shall be necessary. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.