**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 1:13-cv-06312 |
| | ) | |
| v. | ) | Assigned to: |
| | ) | Honorable Geraldine Soat Brown |
| JOHN DOE subscriber assigned IP address | ) | U.S. District Judge |
| 24.14.81.195, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

This Stipulation is made on this 2nd day of May, 2014 by and between Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant John Doe subscriber assigned IP address 24.14.81.195 ("Defendant"). NOW, THEREFORE, the parties, hereby stipulate:

1.      Plaintiff will only seek a maximum $200 in damages per infringement for those of Plaintiff's works included in this lawsuit which do not contain a copyright notice if and only if Defendant proves and the Court finds that Defendant is an "innocent infringer" under 17 U.S.C. § 504(c)(2) with regard to those works. If Defendant does not prove and the Court does not find that Defendant is an "innocent infringer," Plaintiff shall be entitled to recover a maximum of $750 in damages per infringement for each of those works.

2.      For the avoidance of doubt, this stipulation in no way limits either party's ability to recover costs and reasonable attorney's fees under 17 U.S.C. § 505 and in no way limits Plaintiff's ability to recover a maximum $750 in damages per infringement for those works included in this lawsuit which contain a copyright notice.

3.      Defendant hereby voluntarily withdraws his Second Motion for an Order Requiring Malibu Media, LLC to Show Cause Why it Should Not be Held in Contempt

1

(CM/ECF 68). The parties hereby agree that neither party shall be construed as a prevailing party with regard to the withdrawn motion.

**IT IS SO STIPULATED.**

Dated: May 2, 2014.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
NICOLETTI LAW, PLC
33717 Woodward Ave, #433
Birmingham, MI 48009
Tel: (248) 203-7800
eFax: (248) 928-7051
E-mail: pauljnicoletti@gmail.com
*Attorney for Plaintiff*

By: /s/ *Jonathan LA Philips*
Jonathan LA Phillips
One of Doe's Attorneys
456 Fulton St.
Ste. 255
Peoria, IL 61602
309.494.6155
E-mail: jphillips@skplawyers.com
*Attorney for Defendant*