# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                Plaintiff,

v.                                            Case No.: 1:13–cv–06312
                                                 Honorable Geraldine Soat Brown

John Doe

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Pursuant to the Stipulation filed on 5/2/14, Defendant's Second Motion for an Order Requiring Malibu Media, LLC to Show Cause Why It Should Not be Held in Contempt [68] is withdrawn. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.