## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 1:13-cv-06312 |
| ) | |
| v. ) | Assigned to: |
| ) | Honorable Geraldine Soat Brown |
| JOHN DOE subscriber assigned IP address ) | U.S. District Judge |
| 24.14.81.195, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING COMCAST TO COMPLY WITH A THIRD PARTY SUBPOENA

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of an Order Authorizing Comcast to Comply With a Third Party Subpoena (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff may serve a third party subpoena on Comcast and Comcast may comply with Plaintiff's Subpoena *Duces Tecum* for deposition as outlined in Plaintiff's Motion.

SO ORDERED this \_\_\_\_ day of _____, 2014.

By: _____
**UNITED STATES DISTRICT JUDGE**