UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | Civil Case No.: 1:13-cv-06312 |
| v. | Assigned to: Honorable Geraldine Soat Brown |
| JOHN DOE subscriber assigned IP address 24.14.81.195, | U.S. District Judge |
| Defendant. | |

### NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING COMCAST TO COMPLY WITH A THIRD PARTY SUBPOENA

TO: All Parties via CM/ECF

PLEASE TAKE NOTICE that on June 10, 2014 at 2:00 pm, or as soon thereafter as I may be heard, I shall appear before the Honorable Geraldine Soat Brown or any judge sitting in his stead in Courtroom 1812 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion: PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING COMCAST TO COMPLY WITH A THIRD PARTY SUBPOENA [CM/ECF 78].

Respectfully submitted,

NICOLETTI LAW, PLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
33717 Woodward Ave., #433
Birmingham, MI 48009
Tel: (248) 203-7800
Fax: (248) 203-7801
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:    /s/ *Paul J. Nicoletti*