# David S. Kerr

| | |
|---|---|
| **From:** | Jason Kotzker [jason@klgip.com] |
| **Sent:** | Thursday, July 11, 2013 11:51 AM |
| **To:** | David S. Kerr |
| **Subject:** | Re: Malibu Media, LLC v.            Case No. 1:12-cv-01953-WYD-MEH; CO71-22 |

Hello David. ==I spoke with Comcast on this matter and they admitted to making a mistake in reporting subscriber information on this matter -== specifically related to your client,            , who now appears as the correct subscriber associated with IP address            . That being said, my client instructed me to dismiss this case yesterday in its entirety. Given the new direction, I do not anticipate they will seek to refile against your client for the infringements alleged in this action. I will let you know if that changes.

Best,

Jason


On Tue, Jul 2, 2013 at 6:08 PM, Jason Kotzker <jason@klgip.com> wrote:
David:

I am checking with Comcast on this and will be in touch as soon as I have more information. Thanks.

Jason

<div style="text-align: right; color: red;">Exhibit A - 1 of 2</div>

**David S. Kerr**

| | |
|---|---|
| From: | Jason Kotzker [jason@klgip.com] |
| Sent: | Thursday, July 11, 2013 12:15 PM |
| To: | David S. Kerr |
| Subject: | Re: Malibu Media, LLC v. ,  Case No. 1:12-cv-01953-WYD-MEH; CO71-22 |

OK David. They are aware of the mishap and are regretful. However, this was all precipitated due to the ISP's mixup, nothing on MM's end.

On Thu, Jul 11, 2013 at 12:03 PM, David S. Kerr <dkerr@idea-asset.com> wrote:

Thank you, I will communicate that to _____ will also communicate that your preliminary assurances that you will not proceed against her will likely foreclose plans for any type of declaratory action going forward. While he or she may not even be aware, I believe that _____ is likely the most thankful party in this scenario.

On a more serious note, I don't wish to make a mountain out of a molehill, but please communicate this apparent mishap to Colette and Mr. Lipscomb as this issue has been raised by myself and others numerous times with the Court.

DAVID S. KERR
125 South Howes St, 3rd Floor
Fort Collins, CO 80521
970-224-3100
dkerr@idea-asset.com

**SANTANGELO LAW OFFICES, P.C.**

*Warning*

This email, and any attachments, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 970-224-3100.

Exhibit A - 2 of 2