# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                   Case No.: 1:13–cv–06312
                                          Honorable Geraldine Soat Brown

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: For the reasons set out in the following Memorandum Opinion and Order, plaintiff Malibu Media's Second Amended Motion to Seal its Motion for a Protective Order [72] is granted in part and denied in part. No later than 6/11/14, Plaintiff shall file a public version of its motion for a protective order [dkt [41] and exhibits thereto] which may redact the specific portions detailed in the Memorandum Opinion and Order. In all other respects, Plaintiff's second amended motion to seal is denied. Enter Memorandum Opinion and Order. [For further detail, see separate order.] Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.