# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                     Plaintiff,

v.                                  Case No.: 1:13–cv–06312
                                            Honorable Geraldine Soat Brown

John Doe

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

       MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. For the reasons stated on the record, Plaintiff's Emergency Motion [84] is granted. Defendant shall provide the plaintiff with the defendant's SSID number. The parties will attempt to stipulate to the distance between Defendant's home and that of the deponents' homes. Plaintiff's counsel will not initiate in the deposition questioning the name of the individual defendant, but may follow up on questions if the deponent mentions Mr. Doe's name in connection with this lawsuit, internet use or copyright issues. Plaintiff's Motion for Entry of an Order Authorizing Comcast to Comply with a Third Party Subpoena [78] is entered and continued to 6/10/14 at 2:00 p.m. Plaintiff shall file a supplement to its motion with the court that will include a draft of the proposed subpoena it intends to serve on Comcast Cable Communications, LLC. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.