## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 1:13-cv-06312 |
| | ) |
| JOHN DOE subscriber assigned IP address | ) |
| 24.14.81.195 | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF MOTION

TO: All Parties via CM/ECF

PLEASE TAKE NOTICE that on June 18, 2014 at 9:45 a.m, counsel for a subpoenaed deponent shall appear before Honorable Judge Geraldine Brown, or any judge sitting in her stead in Courtroom 1219 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto: Motion for Leave to File Motion Under Seal.**

Respectfully submitted,

By:    /s/ Jeffrey Antonelli
       Jeffrey J. Antonelli
       Attorney for Defendant
       Antonelli Law, Ltd.
       100 North LaSalle Street, Suite 2400
       Chicago, IL 60602
       Telephone: (312) 201-8310
       E-Mail: jeffrey@antonelli-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Paul Nicoletti
Nicoletti Law, PLC
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Tel: (248) 203-7800
eFax: (248) 928-7051
Email:  pauljnicoletti@gmail.com

Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
Tel: (309) 494-6155
Fax: (309) 494-6156
Email: jphillips@skplawyers.com


By:   /s/ Jeffrey Antonelli
      Jeffrey J. Antonelli
      Attorney for Defendant
      Antonelli Law, Ltd.
      100 North LaSalle Street, Suite 2400
      Chicago, IL 60602
      Telephone: (312) 201-8310
      E-Mail: jeffrey@antonelli-law.com