# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                               Case No.: 1:13–cv–06312

                                                          Honorable Geraldine Soat Brown

John Doe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. For the reasons stated on the record, Deponent's Motion for Leave to File Under Seal [89] is moot. Deponent Neighbor AA's oral motion for protective order, which the parties do not oppose is granted as follows: any reference in court filings to Deponent Neighbor AA shall be made using that identifier, and shall omit the name of any family members, as well as any other identifying information such as address and name of employer. Motion hearing previously set for 6/18/14 at 9:45 a.m. is hereby stricken and no appearance shall be necessary. Plaintiff's Motion For Entry of an Order Authorizing Comcast to Comply with a Third Party Subpoena [78] is granted with the revisions directed by the court on the record. Plaintiff's counsel shall submit a revised proposed order along with the authorized subpoena to Judge Brown's Proposed Order Email Inbox. Status hearing held and continued to 8/12/14 at 2:00 p.m. At the next status hearing the parties shall be prepared to propose a schedule for expert disclosures and reports, and depositions. All fact discovery shall be noticed in time to be completed by 9/19/14. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.