UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:13-cv-06312 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 24.14.81.195, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF FILING

Pursuant to the Court's Order of June 4, 2014 (CM/ECF 86), Plaintiff hereby files a public version of its motion for entry of a protective order (CM/ECF 41 and exhibits attached thereto) with specific portions redacted. Because the Court expressed a clear intent and instruction allowing Plaintiff to redact specific language from Argument Section E of the Motion, Plaintiff also redacted that same exact language from the Conclusion.

Dated: June 11, 2014

                                                  Respectfully submitted,

                                                  NICOLETTI LAW, PLC

By:   /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        33717 Woodward Avenue, Ste. #433
        Birmingham, MI 48009
        Tel: (248) 203-7800
        Fax: (248) 203-7801
        E-Fax: (248) 928-7051
        Email: paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                  By:    /s/ *Paul J. Nicoletti*