# Exhibit A

2/8/2014   CAND-ECF

ADRMOP,AO279,CLOSED,E-Filing,ProSe

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:10-cv-03647-WHA**

IO Group, Inc v. Does 1-244
Assigned to: Hon. William Alsup
Cause: 17:101 Copyright Infringement

Date Filed: 08/18/2010
Date Terminated: 10/07/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**IO Group, Inc**
*doing business as*
Titan Media

represented by **D. Gill Sperlein**
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94102
415-404-6616
Fax: 415-404-6615
Email: gill@sperleinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Does 1-244**

**Defendant**

**Possible John Doe**

represented by **Possible John Doe**
Email: sophisticatedjanedoe@yahoo.com
PRO SE