# Exhibit B

**B-1**



**B-2**



**B-3**

**[REDACTED]**

**B-4**

**[REDACTED]**

**B-5**



**B-6**



**B-7**



3

**B-8**



**B-9**



4

**B-10**



**B-11**

From: SJD <fightcopyrighttrolls@mail.ru>
Subject: For your reading pleasure
Date: January 11, 2014 6:01:19 PM CST
To: mkschulz <mkschulz@schulz-law.com>
Reply-To: SJD <fightcopyrighttrolls@mail.ru>

http://fightcopyrighttrolls.com/2014/01/11/lipscomb-x-art-have-a-lot-to-hide-and-a-lot-to-fear/

**B-12**

From: SJD [mailto:fightcopyrighttrolls@mail.ru]
Sent: Monday, January 27, 2014 6:36 PM
To: pjcerillolaw@comcast.net
Subject: How do you tell that Patrick Cerillo is lying?

How do you tell that Patrick Cerillo is lying? His lips are moving.

*Further, Defendant's repeated references to attorney M. Keith Lipscomb from Florida on pages 9-11 are simply an attempt to introduce irrelevant information into this case in order to cast doubt on the veracity of Plaintiff's lawsuits and motivation for bringing suit. Undersigned counsel is the attorney in charge of this case and all cases filed by Plaintiff in this District. Mr. Lipscomb's only role in the lawsuits brought by Malibu Media is to coordinate and monitor Plaintiff's litigation. Undersigned, and only undersigned, is lead counsel on the cases that undersigned files. Mr. Lipscomb does not have the power to order undersigned to take any action on behalf of Malibu Media, LLC. Undersigned has a direct line of communication with Plaintiff's owners and Plaintiff is undersigned's only client in these matters. The references to Mr. Lipscomb and unrelated e-mails from other cases have no bearing on any of the issues before this Court and are merely an attempt to distract and mislead the Court.*

5

**B-13**



**B-14**



6

**B-15**



**B-16**



7

**B-17**

From: Jonathan Phillips <jphillips@skplawyers.com>
Subject: Re: Malibu v. Doe I Consent to Amend
Date: January 27, 2014 3:31:46 PM CST
To: Schulz Law <schulzlaw@me.com>

It will be the addition of affirmative defenses for barratry, fleshing out others with what discovery has come out, a third-party claim against IPP for trespass to chattels and invasion of privacy, and a counterclaim against Malibu for the intentional infliction of emotional distress.

I don't have them fully drafted yet, but I would think knowledge of the actions suffice to let you know whether or not you will consent to the same being filed.


Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
309-494-6155
309-494-6156 (fax)

**B-18**



8

**B-19**



**B-20**



9

**B-21**

