**Exhibit C**

**C-1**



**C-2**



**C-3**



**C-4**



**C-5**

