**Exhibit D**

**D-1**



**D-2**



**D-3**



**D-4**



**D-5**



**D-6**

