**Exhibit E**

## E-1



## E-2



**E-3**



**E-4**



**E-5**



**E-6**

