**Exhibit F**

**F-1**



**F-2**



**F-3**

