**Exhibit H**

**H-1**



**H-2**



**H-3**



**H-4**



**H-5**



**H-6**



**H-7**



**H-8**

