## DECLARATION OF COLETTE FIELD

I, COLETTE FIELD, DO HEREBY DECLARE:

1. I am over the age of eighteen (18) and otherwise competent to make this declaration. The facts stated in this declaration are based upon my personal knowledge.

2. I am the Co-Managing Member together with my husband, Brigham Field, of Plaintiff, Malibu Media, LLC ("Malibu Media").

3. Because of the Tweets from X-Art Destroyer, we sought protection and advised Judge Baylson.

4. SJD has used numerous pejorative pseudonyms to Tweet me.

5. Each time SJD uses a new pseudonym, I block her Twitter handle.

6. SJD *constantly* cyber-stalks me.

7. SJD copies my Tweets and comments on her blog and Twitter about them.

8. If I Tweet or post my location, or a picture from which my location can be ascertained, SJD will Tweet it and post it.

9. The week of February 2, 2014, a stalker stared at me for more than an hour at a restaurant.

10. I called the police. The stalker was removed from the restaurant.

11. I then pretended to be out of the country.

12. SJD defamed Malibu Media, LLC by telling the developer of our home that we would use the home to film child pornography.

13. SJD's comments required me to assure the developer of our home and community that SJD was wrong and a stalker.

14. I appeared on the Howard Stern Show to promote Malibu Media.

1

**EXHIBIT J**



15. This month, SJD attacked Malibu's promotion of its videos on the website www.vimeo.com. In her comment she referred to X-Art in many crude ways and claimed that it was engaged in "pure extortion."

16. I deleted this comment each time it was posted.

17. Vimeo eventually got so fed up it took down X-Art's page. At the time, it was receiving over 10,000 visits a day on its Vimeo page.

18. We believe we are getting a good deal from IPP and wish to maintain it.

19. To date, we have either found the infringing .torrent files or evidence of spoliation on every one of the numerous computers we have searched.

20. Two defendants have failed lie detector tests; none have passed.

**FURTHER DECLARANT SAYETH NAUGHT.**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of February, 2014.

By: *[signature]*
**COLETTE PELISSIER FIELD**

2