## DECLARATION OF M. KEITH LIPSCOMB

**I, M. KEITH LIPSCOMB, DO HEREBY DECLARE:**

1. I am over the age of eighteen (18) and otherwise competent to make this declaration. The facts stated in this declaration are based upon my personal knowledge.

2. I am a licensed attorney in the State of Florida.

3. I represent Malibu Media, LLC as lead counsel in Florida and also monitor, coordinate, and assist with Malibu Media's litigation nationally.

4. I have received at least five death threats from anti-copyright psychopaths.

5. One of these threats was sent to every attorney at Lipscomb, Eisenberg, & Baker, PL ("LEB").

6. LEB's servers have also been cyber-attacked. As a result of these threats and cyber-attacks, LEB has had to increase its internet and server security.

7. My wife and I have personally discussed the threat anti-copyright psychopaths pose to our family.

8. We considered and investigated getting a guard dog as a result.

9. The veracity of the anti-copyright psychopaths stalking and harassment has increased in the last four months.

10. It is becoming unbearable and is scary.

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of February, 2014.

By: _____
M. KEITH LIPSCOMB

1

# EXHIBIT K