# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                Plaintiff,

v.                                    Case No.: 1:13–cv–06312

                                              Honorable Geraldine Soat Brown

John Doe

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 10/14/14 at 2:00 p.m. Motion hearing held. For the reasons stated on the record, Defendant's Motion to Bar Testimony of IPP International UG and for an Order Requiring Malibu to Show Cause Why it and Its Counsel Should Not Be Sanctioned Pursuant to §1927 & this Court's Inherent Authority [27] is denied without prejudice as to both requests for relief. Plaintiff's unopposed oral motion to extend fact discovery to 11/19/14 is granted. All fact discovery shall be noticed in time to be completed by 11/19/14. Defendant's Motion to Postpone Deposition of Comcast Cable Communications Holdings, Inc. [96] is moot. As stated on the record, Plaintiff will produce by 08/18/14: (1) all documents that reflect or describe circumstances involving Comcast in which the IP address was miscorrelated with putative subscribers' names; and (2) all communications relating to this case between Malibu Media LLC, or anyone acting on its behalf, and Comcast. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.