# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                                      Case No.: 1:13–cv–06312
                                                       Honorable Geraldine Soat Brown

John Doe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. For the reasons stated on the record, Plaintiff's Motion for Leave to Redepose Defendant [107] and Plaintiff's Motion for Leave to Disclose Defendant's Identity for Limited Discovery Purposes [109] are denied. Status hearing remains set for 10/14/14 at 2:00 p.m. Plaintiff's counsel may appear by telephone. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.