**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC
                        Plaintiff,

v.                                       Case No.: 1:13−cv−06312
                                                    Honorable Geraldine Soat Brown

John Doe
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 12/03/14 at 2:00 p.m. Plaintiff's counsel may appear telephonically. Prior to the next status hearing, counsel for the parties shall confer to discuss a proposed expert discovery schedule for this case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.