**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC
                            Plaintiff,

v.                                                Case No.: 1:13−cv−06312
                                                  Honorable Geraldine Soat Brown

John Doe
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 3, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 02/12/15 at 10:30 a.m. Parties shall serve final Rule 26(e) supplementation as to non−expert material no later than 12/12/14. Court enters schedule for expert discovery. Prior to the beginning of expert discovery, parties shall make a good faith effort to settle this case. Plaintiff's counsel may appear telephonically at the next status hearing. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.