**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned to IP Address 24.14.81.195,<br><br>Defendant. | Case No. 1:13-cv-06312<br><br>The Hon. Geraldine S. Brown |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

JOHN DOE subscriber assigned to IP Address 24.14.81.195 ("Doe"), by and through counsel, moves this Court leave to file a Motion under seal. In support of the same, Doe states as follows:

1. Doe contemporaneously filed a Motion for an Order Requiring Malibu Media, LLC to Show Cause Why It Should Not Be Held In Contempt. Pursuant to Local Rule 26.2,[1] it was filed in both public-record form and, provisionally, under seal.

2. As part of the Motion, Doe needed to file a discovery response that Malibu Media, LLC designated as confidential and subject to protective order. (ECF Doc. 64). By doing so, Malibu made it necessary to file the Motion under seal.

WHEREFORE, JOHN DOE subscriber assigned to IP Address 24.14.81.195 requests that this Honorable Court enter an Order allowing the contemporaneously filed Motion for for an Order Requiring Malibu Media, LLC to Show Cause Why It Should Not Be Held In Contempt to be filed under seal.

---

[1] As well as the terms of the Protective Order itself. (ECF Doc. 64, at 5, ¶ 7).

1

2

        Respectfully submitted,

        /s/Jonathan LA Philips
        Jonathan LA Phillips
        Shay Phillips, Ltd.
        456 Fulton St.
        Ste. 255
        Peoria, IL 61602
        309.494.6155
        jphillips@skplawyers.com
        ARDC No. 6302752

        Erin K. Russell
        The Russell Firm
        33 S. Wacker Dr.
        84th Floor
        Chicago, IL 60606
        312.994.2424
        erin@russellfirmchicago.com

### Certificate of Service

I certify that on January 8, 2015 a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

                                                                              /s/ Jonathan LA Phillips