UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 24.14.81.195, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No.: 1:13-cv-06312 <br><br> Assigned to: <br> Honorable Geraldine Soat Brown <br> U.S. District Judge |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THE ATTACHED NOTICE ADVISING THAT RECORD EXPERT EVIDENCE FROM PATRICK PAIGE EXPLAINS PCAP COMPUTER FILES**

To fully address the Court's concern that expert testimony is necessary to explain PCAPs and IPP's detection system, Plaintiff moves for the entry of an order permitting it to file the attached notice, which identifies the paragraphs of Mr. Paige's timely disclosed expert reports that explain what a PCAP computer file is and how it is used by IPP. His original report did this in connection with his test of IPP's infringement detection system. And, these explanations are the foundation of Mr. Paige's opinion that IPP's system works.

[Remainder of page intentionally left blank]

1

## NOTICE

Please take notice that Mr. Paige's timely submitted expert reports explain what a PCAP is and how it is used by IPP and Plaintiff to correlate an IP Address to a subscriber of Internet services. This information was included in Mr. Paige's January 9, 2015 original report, as well as, his April 17, 2015 and April 20, 2015 supplements. *See* [CM/ECF 161-1], at ¶¶ 24-37; 51-55; [CM/CF 148-13], at ¶¶ 24-37; 51-55; [CM/ECF 152-2], at ¶¶ 24-37; 51-55.

DATED: June 18, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

Respectfully submitted,

NICOLETTI LAW, PLC
Paul J. Nicoletti, Esq. (P44419)
33717 Woodward Avenue, #433
Birmingham, MI 48009
Tel: (248) 203-7800
E-Fax: (248) 928-7051
Email: pauljnicoletti@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*