IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | )     CASE NO 13-CV-06312 |
| | ) |
| JOHN DOE SUBSCRIBER ASSIGNED TO IP | ) |
| ADDRESS 24.14.81.195, | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

John Doe submits the attached supplemental authority – the Recommendation of the United States Magistrate Judge regarding a Motion for Summary Judgment filed by Malibu. The United States District Court for the District of Colorado adopted the Recommendation on July 14, 2014.[1] While not binding, factual similarities render the Recommendation instructive.

The *Malibu Media, LLC v. Winkler* case, the invovled similar material facts.[2] Notably, Mr. Paige did not find 11 Malibu works on the defendant's devices.[3] The *Winkler* Recommendation rejected Malibu's reliance on *Maverick Recording Co. v. Harper*. It determined that Fifth Circuit case to be distinguishable; there was a lack of *Maverick*'s "voluminous and undisputed evidence" of downloading and sharing.[4] The Recommendation concluded that "because there is no evidence of the remaining 11 films were copied onto the Defendant's computer, . . . the Plaintiff fails to establish no genuine issue of material fact as to whether Defendant illegally copied these films."[5]

---

[1] *Malibu Media, LLC v. Winkler*, 2015 U.S. Dist. LEXIS 91306 (D. Colo., July 14, 2014)
[2] *Malibu Media, LLC v. Winkler,* 2015 U.S. Dist. LEXIS 91305 (D. Colo. June 24, 2015) (alleging, further, that some remnants of Malibu works were on the defendant's hard drive)
[3] *Id.*, *14-15
[4] *Id.*, *27.
[5] *Id.*, *29.

Respectfully Submitted,
John Doe, by

/s/ Jonathan LA Phillips
Jonathan LA Phillips
Shay Phillips, Ltd.
456 Fulton St. – Ste. 255
Peoria, IL 61602
T  -  (309) 494-6155
F  -  (309) 494-6156
E  -  jphillips@skplawyers.com


/s/ Erin K. Russell
Erin K. Russell
The Russell Firm
233 S. Wacker Dr. – 84th Fl.
Chicago, IL 60606
T  -  312.994.2424
E  -  erin@russellfirmchicago.com

CERTIFICATE OF SERVICE

I certify that on July 23, 2015, I filed a copy of this document with the Clerk of the Court via the Court's ECF filing system, thereby serving it on all counsel of record.

/s/ Jonathan LA Phillips