## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                   Case No.: 1:13−cv−06312

                                          Honorable Geraldine Soat Brown

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 8, 2016:

      MINUTE entry before the Honorable Geraldine Soat Brown: For the reasons set out in the following Memorandum Opinion and Order, Plaintiff's motion for Summary Judgment [147] is denied; Defendant's Motion for Summary Judgment [144] is granted; Defendant's Motion to Strike Certain Portions of Plaintiff's Statement of Undisputed Material Facts [160] is granted; and Defendant's Motion to Strike Portions of Plaintiff's LR 56.1(b)(C) Statement [161] is granted. Judgment is entered in favor of the defendant and against the plaintiff. Enter Memorandum Opinion and Order. Terminate civil case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.