# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Malibu Media LLC,

Plaintiff(s),

v.

John Doe
subscriber assigned IP address 24.14.81.195,

Defendant(s).

Case No. 13-cv-06312
Judge Geraldine Soat Brown

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) John Doe
and against plaintiff(s) Malibu Media LLC
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Geraldine Soat Brown on a motion  by  Defendant's for Summary Judgment [144].

Date: 2/8/2016

Thomas G. Bruton, Clerk of Court

Eunice M. Tejeda, Deputy Clerk