UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 1:13-cv-06312 |
| ) | |
| v. ) | Assigned to: |
| ) | Honorable Geraldine Soat Brown |
| JOHN DOE subscriber assigned IP address ) | U.S. Magistrate Judge |
| 24.14.81.195, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF COMPLIANCE WITH
FEDERAL RULE OF APPELLATE PROCEDURE 3

Please take notice, pursuant to Fed. R. App. P. 3(e), Malibu Media, LLC ("Plaintiff") has paid the required docketing and filing fees through the ECF system to the Clerk of the District Court. Further, Plaintiff is sending via FedEx three copies of the Notice of Appeal, as required by Fed. R. App. P. 3(d).

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*

M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

1

By: <u>/s/ *M. Keith Lipscomb*</u>

By: <u>/s/ *M. Keith Lipscomb*</u>