UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 1:13-cv-06312 |
| ) | |
| v. ) | Assigned to: |
| ) | Honorable Geraldine Soat Brown |
| JOHN DOE subscriber assigned IP address ) | U.S. District Judge |
| 24.14.81.195, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FINAL TERMINATION

Plaintiff, Malibu Media, LLC, and Defendant, John Doe, subscriber assigned IP address 24.14.81.195 ("Defendant"), by their undersigned counsel, hereby stipulate that this case may be close for administrative purposes. Each party shall pay its own attorneys' fees and costs.

Dated: April 1, 2016

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*

M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff, Malibu Media, LLC*

Respectfully submitted,

By: /s/ *Erin Kathryn Russell*

Erin Kathryn Russell
The Russell Firm
230 West Superior Street, Suite 200
Chicago, IL 60654
Telephone: 312 994 2424
Fax: 312-706-9766
Email: erin@russellfirmchicago.com
*Attorneys for Defendant, JOHN DOE subscriber assigned IP address 24.14.81.195*

Respectfully submitted,

By: /s/ *Jonathan Lucas Allen Phillips*

Jonathan Lucas Allen Phillips
Shay Kepple Phillips, Ltd.
456 Fulton St.
Ste. 255
Peoria, IL 61602
Telephone: (309) 494-6155
Email: jphillips@shay-law.com
*Attorneys for Defendant, JOHN DOE subscriber assigned IP address 24.14.81.195*

SO ORDERED this ___ day of _____, 2016.

By: _____

**UNITED STATES DISTRICT JUDGE**